UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

CASE NO.:  1:23-cv-00575-REB-MEH

JACKIE SHUMAKER,

    Plaintiff,

v.

BUILDING TECHNOLOGY SYSTEMS, INC.,

    Defendant.

## NOTICE OF ERRATA

Plaintiff Jackie Shumaker, by and through her undersigned counsel, hereby re-files the First Amended Complaint in its entirety, as it was mis-filed at ECF 10.

Dated:  April 11, 2023

Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**SRIPLAW**
Cᴀʟɪғᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Counsel for Plaintiff Jackie Shumaker*