# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

Registration Number: **VAu 711-468**

Effective Date of Registration: JUN 21 2006

Application Received: JUN 2 1 2006
Deposit Received: JUN 2 1 2006  Two
Fee Received:

Examined By: DB
Correspondence: ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1. Title of This Work:** V-1999A-JShu_images

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:**
Jackie Shumaker
5650 West Quincy Ave. #43
Denver CO 80235

Nationality or domicile:
Phone, fax, and email:
Phone ( 303 ) 986.1826    Fax ( 303 ) 988.1021
Email Jackie@JackieShumaker.com

**3. Year of Creation:** 1999

**4. If work has been published, Date and Nation of Publication:**
a. Date ____ Month ____ Day ____ Year (Month, day, and year all required)
b. Nation

**5. Type of Authorship in This Work:** Check all that this author created.
☐ 3-Dimensional sculpture    ☒ Photograph    ☐ Map
☐ 2-Dimensional artwork      ☐ Jewelry design  ☐ Text
☐ Technical drawing

**6. Signature:** Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☒ Author  ☐ Authorized agent
X *Jack Shumaker*

**7. Name and Address of Person to Contact for Rights and Permissions:**
Phone, fax, and email:
☒ Check here if same as #2 above.
Jackie Shumaker
Phone ( 303 ) 986.1826    Fax (   )
Email info@JackieShumaker.com

**8.** Certificate will be mailed in window envelope to this address:
Name ▼ Jackie Shumaker
Number/Street/Apt ▼ 5650 West Quincy Ave. #43
City/State/ZIP ▼ Denver CO 80235

**9. Deposit Account #** ____
Name ____

DO NOT WRITE HERE   Page 1 of ____ pages

*17 U.S.C. §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev June 2002  ♲ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021