UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

CASE NO.: 1:23-cv-00575-REB-MEH

JACKIE SHUMAKER,

       Plaintiff,

v.

BUILDING TECHNOLOGY SYSTEMS, INC.,

       Defendant.

## NOTICE OF FILING

Plaintiff Jackie Shumaker, by and through her undersigned counsel, hereby submits the redline of Plaintiff's First Amended Complaint, attached hereto as Exhibit 1.

Dated: April 13, 2023

Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Counsel for Plaintiff Jackie Shumaker*