# Exhibit

# 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISIONDENVER DIVISION**

**CASE NO.: 1:23-cv-005751:23-cv-00575-REB-MEH**

JACKIE SHUMAKER,

Plaintiff,

v.

BUILDING TECHNOLOGY SYSTEMS, INC.,

Defendant.

---

**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

---

Plaintiff JACKIE SHUMAKER by and through hisher undersigned counsel, brings this First Amended Complaint against Defendant BUILDING TECHNOLOGY SYSTEMS, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff JACKIE SHUMAKER ("Shumaker")Shumaker") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Shumaker's original copyrighted WorkShumaker's original copyrighted Work of authorship.

2. Shumaker is the president and CEO of JSP Corp, an integrated visual media company located in Colorado that caters to construction and engineering

~~professionals in North America, and his background as a photojournalist provides a unique skill set allowing him to tell the stories of active industrial environments and construction job sites through bold visual media, including photography and video. His focus on the built environment yields deliberate images that reveal the essence of architectural spaces. Shumaker has been ranked #1 in Google searches for "Industrial Photographer" for over ten years.~~

~~3.~~ Shumaker~~Defendant BUILDING TECHNOLOGY SYSTEMS, INC. (“BTSI”) was established in 1993 and provides HVAC/R and temperature control technology and service for commercial building sin the Denver metro area and surrounding front range cities. At all times relevant herein, BTSI owned and operated the internet website located at the URL www.buildingtechsystems.com (the “Website”).~~

~~4. Shumaker alleges that BTSI copied Shumaker's copyrighted Work from the internet in order to advertise, market and promote its business activities. BTSI committed the violations alleged in connection with BTSI’s business for purposes of advertising and promoting sales to the public in the course and scope of the BTSI’s business.~~

2. alleges that BTSI copied Shumaker's copyrighted Work in order to advertise, market and promote its business activities.

**JURISDICTION AND VENUE**

~~5.~~3. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

~~6.~~4. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

~~7.~~5. Defendant is subject to personal jurisdiction in Colorado.

~~8.~~6. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**~~DEFENDANT~~**

**~~Building Technology Systems, Inc.~~THE PARTIES TO THE COMPLAINT**

7. Jackie Shumaker, an individual domiciled in Denver, Colorado, owns a visual media content creation studio doing business under the name JSP, Corporation d/b/a Jackie Shumaker Photography.

8. Defendant BUILDING TECHNOLOGY SYSTEMS, INC. ("BTSI") provides HVAC/R and temperature control technology and service for commercial buildings in the Denver metro area and surrounding front range cities. At all times relevant herein, BTSI owned and operated the internet website located at the URL www.buildingtechsystems.com (the "Website").

9. Building Technology Systems, Inc. is a Colorado Corporation, with its principal place of business at 6550 Franklin Street, Denver, Colorado, 80229, and can be served by serving its Registered Agent, Mr. Michael Kevin Black, 5455 County Road 59, Keenesburg, Colorado, 80643~~.~~.

**~~THE COPYRIGHTED WORK AT ISSUE~~**

**THE COPYRIGHTED WORK AT ISSUE**

~~10. In 1999, Shumaker created the photograph entitled "19991025_MC_PC_F4502_pdf.001", which is shown below and referred to herein as the "Work".~~

10. Shumaker is a professional visual media content creator specializing in commercial construction, architecture, and industrial markets.

11. In 1999, Shumaker created several photographs of the Pepsi Center in Denver, Colorado. Shumaker is and has always been the sole proprietor of all rights, titles, and interests in and to the copyrights in these Pepsi Center Photographs. One of Shumaker's Pepsi Center Photographs entitled "Pepsi Twilight SW Entrance", was used by BTSI on its website, and is shown below and referred to herein as the "Work".



~~11. Shumaker registered the Work with the Register of Copyrights on June 21, 2006 and was assigned the registration number VAu 711-468. The Certificate of Registration is attached hereto as Exhibit 1.~~

~~12. Shumaker's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.~~

12. ~~At all relevant times Shumaker was the owner of the copyrighted Work at issue in this case.~~Shumaker registered the Work with the Register of Copyrights on June 21, 2006 and was assigned the registration number VAu 711-468. The Certificate of Registration is attached hereto as Exhibit 1.

13. Shumaker's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

~~13.~~14. At all relevant times Shumaker was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

~~14. BTSI has never been licensed to use the Work at issue in this action for any purpose.~~

~~15. On a date after the Work at issue in this action was created, but prior to the filing of this action, BTSI copied the Work.~~

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, BTSI copied the Work.

16. On or about July 1, 2022, ~~Shumaker~~Shumaker discovered the unauthorized use of ~~his~~her ~~Work~~ Work on the Website.

~~17. BTSI copied Shumaker's copyrighted Work without Shumaker's permission.~~

~~18.~~17. ~~After BTSI copied the Work,~~After BTSI copied the Work, it made further copies and distributed the ~~Work~~Work on the internet to promote the sale of goods and services as part of its HVAC business.

~~19. BTSI copied and distributed Shumaker's copyrighted Work in connection with BTSI's business for purposes of advertising and promoting BTSI's business, and in the course and scope of advertising and selling products and services.~~

~~20. Shumaker's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.~~

~~21. BTSI committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.~~

~~22. Shumaker never gave BTSI permission or authority to copy, distribute or display the Work at issue in this case.~~

~~23. Shumaker notified BTSI of the allegations set forth herein on November 21, 2022 and December 7, 2022. To date, the parties have failed to resolve this matter.~~

18. BTSI committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

19. Shumaker never gave BTSI permission or authority to copy, distribute or display the Work at issue in this case.

20. Shumaker notified BTSI of the allegations set forth herein on November 21, 2022 and December 7, 2022. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

~~24.~~21. ~~Shumaker~~Shumaker incorporates the allegations of paragraphs 1 through ~~23~~20 of this Complaint as if fully set forth herein.

~~25.~~22. ~~Shumaker~~Shumaker owns a valid copyright in the Work at issue in this case.

~~26. Shumaker registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).~~

~~27. BTSI copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Shumaker's authorization in violation of 17 U.S.C. § 501.~~

~~28. BTSI performed the acts alleged in the course and scope of its business activities.~~

~~29. BTSI’s acts were willful.~~

~~30. Shumaker has been damaged.~~

23. ~~The harm caused to Shumaker~~Shumaker registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

24. BTSI copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Shumaker's authorization in violation of 17 U.S.C. § 501.

25. BTSI performed the acts alleged in the course and scope of its business activities.

26. BTSI’s acts were willful.

27. Shumaker has been damaged.

31.28. The harm caused to Shumaker has been irreparable.

WHEREFORE, the Plaintiff Jackie Shumaker prays for judgment against the Defendant Building Technology Systems, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff hisher actual damages and BTSI's actual damages and BTSI's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;17 U.S.C. § 504;

c. Plaintiff be awarded hisher attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 13, 2023

Respectfully submitted,

*/s/Jonah A. Grossbardt*
JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com

MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
wsw@wswlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO 80237
888.443.5485 – Telephone

*Counsel for Plaintiff Jackie Shumaker*